*DOA*
*9-6-17*

# UNITED STATES DISTRICT COURT

for the
District of Arizona

United States of America )
v. )
Adrian Alejandro Arce-Benitez, ) Case No. 17-8384MJ
(A201 147 987) )
*Defendant* )
)
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  May 7, 2017, in the County of  Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Adrian Alejandro Arce-Benitez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about February 2, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Salvador Delgado II,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  September 7, 2017

_____
*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state:  Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 7, 2017, Adrian Alejandro Arce-Benitez was booked him into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Arce-Benitez was examined by Deportation Officer R. Rodriguez who determined Arce-Benitez to be a Mexican citizen, unlawfully present in the United States. On the same date, an immigration detainer was lodged with the county jail. On September 6, 2017, Arce-Benitez was released from the Arizona Department of Corrections and transported to the Florence ICE office for further investigation and processing. Arce-Benitez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Adrian Alejandro Arce-Benitez to be a citizen of Mexico and a previously deported criminal alien. Arce-Benitez was removed from the United States to Mexico through Nogales, Arizona, on or about February 2, 2011,

1

pursuant to an order of removal issued by an immigration judge. There is no record of Arce-Benitez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Arce-Benitez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Adrian Alejandro Arce-Benitez was convicted of Endangerment, a felony, on January 18, 2011, in the Superior Court of Arizona, Maricopa County. Arce-Benitez was sentenced to two (2) years' probation. Arce-Benitez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 6, 2017, Adrian Alejandro Arce-Benitez was advised of his constitutional rights. Arce-Benitez freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about May 7, 2017, Adrian Alejandro Arce-Benitez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about February 2, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).


Salvador Delgado II,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 7th day of September, 2017.

John Z. Boyle,
United States Magistrate Judge

3